MUTUAL BENEFIT LIFE INSURANCE CO. *v.* WILSON *et al.*

ATKINSON, Presiding Justice. Under the ruling in *Paulk* v. *Ensign-Oskamp Co.*, 123 *Ga.* 467 (51 S. E. 344), which was based on the earlier case of *Palmer* v. *Inman*, 122 *Ga.* 226 (50 S. E. 86), the instant case is not removable to the United States court, on motion of a non-resident defendant, on the ground of diverse citizenship.

*Judgment affirmed. All the Justices concur.*

No. 12153. MARCH 8, 1938.

*G. C. Webb,* for plaintiff in error.   *Sharpe & Sharpe,* contra.